IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : 2:19-CR-103 |
| | : CHIEF JUDGE SARGUS |
| v. | : |
| CRAIG M. SCHABER, | : |
| Defendant. | : |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in accordance with Rule 32.2 of the Federal Rules of Criminal Procedure, the Information (Doc. 20) filed in this action contained a forfeiture allegation, Forfeiture A, notifying Defendant Craig M. Schaber that the United States sought the forfeiture of property under 18 U.S.C. § 1594(e), based on the conduct of Defendant Craig M. Schaber as alleged in Count One of the Information, in violation of 18 U.S.C. §§ 1591(a)(1) and (b)(1) and 18 U.S.C. § 1594(a), including but not limited to the following: one LG model MLM212VL cellular phone, serial #, 809VTFW0346995; and one HP 15 laptop computer, serial number 5CD6431PC4; and

WHEREAS, in the Plea Agreement (Doc. 21) filed on April 18, 2019, Defendant Craig M. Schaber agreed to plead guilty to Count One of the Information. Defendant Craig M. Schaber also agreed to forfeit all of his right, title, and interest in the property listed in Forfeiture A of the Information, and agreed that such property is subject to forfeiture pursuant to 18 U.S.C. § 1594(e). Defendant Craig M. Schaber waived all interest in and claims to the subject property described in Forfeiture A and consented to the forfeiture of the subject property to the United States. Defendant Craig M. Schaber also acknowledged that the property identified in his Plea Agreement is subject to forfeiture as property facilitating illegal conduct, and property involved in illegal conduct; and

WHEREAS, on April 25, 2019, Defendant Craig M. Schaber entered a Plea of Guilty to Count One of the Information and agreed to Forfeiture A of the Information; and

WHEREAS, based upon the record of this case and agreement of the parties, the Court finds that the requisite nexus exists between the subject property and Count One of the Information, that the subject property is forfeitable under 18 U.S.C. § 1594(e), and that the United States is now entitled to possession of the subject property.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED**:

1. That Defendant Craig M. Schaber shall forfeit to the United States the subject property that is:

    **One (1) LG model MLM212VL cellular telephone, SN: 809VTFW0346995, including its contents; and**

    **One (1) HP 15 laptop computer, SN: 5CD6431PC4, including its contents.**

2. That the United States Marshals Service shall immediately seize the subject property and hold same in its secure custody and control.

3. That the United States is authorized to conduct any discovery proper in identifying, locating, or disposing of the subject property in accordance with Fed. R. Crim. P. 32.2(b)(3).

4. That, in accordance with 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6), the United States shall publish notice of this Order and of its intent to dispose of the subject property in such manner as the Attorney General may direct. The United States shall also provide written notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

5. That pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to Defendant Craig M. Schaber at the time of sentencing and shall be made

part of the sentence and included in the judgment. If no third party files a timely claim, the United States may, as provided by Fed. R. Crim. P. 32.2(c)(2), notify the Court that this Order shall become the Final Order of Forfeiture.

6. That following the Court's disposition of all petitions filed in accordance with 21 U.S.C. § 853(n), or, if no such petitions are filed, following the expiration of the period for the filing of such petitions, the United States shall have clear title to the subject property.

7. That the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

**ORDERED** this 1rt day of August, 2019.

_____
HONORABLE EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Heather A. Hill
HEATHER A. HILL (IL 6291633)
Assistant United States Attorney
Attorney for Plaintiff